# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2015

150214

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

Estate of ANDREW BALL, JR.

_____

KAREN ELAINE KEYWORTH, Personal
Representative for the Estate of ANDREW BALL,
JR. and ELAINE PULLEN BALL,
      Plaintiffs-Appellees,

v

STATE OF MICHIGAN, DEPARTMENT OF
MILITARY AND VETERANS' AFFAIRS and
GRAND RAPIDS HOME FOR VETERANS,
      Defendants-Appellants.

_____/

SC: 150214
COA: 314861
Ct of Claims: 12-000128-MH

     On order of the Court, the application for leave to appeal the August 26, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2015



Clerk

t0720